# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBYN DAVIDOFF,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | Case No.  13-CV-5101 VC<br><br>**(PROPOSED) ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.

DATED: July 2, 2014        _____
                           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vince Chhabria*

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4842-6666-8315 v1

- 1 -

CASE NO.  13-CV-5101 VC
(PROPOSED) ORDER RE STIP. FOR DISMISSAL OF ENTIRE ACTION W/PREJUDICE

2329784_1